UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| NORMAN VARNER | ) | |
|     Appellant, pro se | ) | |
| | ) | |
| v. | ) | No. 19-40016 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
|     Appellee | ) | |

### Motion to Use Female Pronouns When Addressing Appellant

I am a woman and not referring to me as such leads me to feel that

I am being discriminated against based on my gender identity.  I am a woman

– can I not be referred to as one?

Respectfully submitted,



Norman Varner

7/29/19

Date

U.S. COURT OF APPEALS
RECEIVED
AUG 05 2019
FIFTH CIRCUIT